# United States Bankruptcy Court
## District of Massachusetts

In re **Worcester RE Investments LLC** Case No. ______

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 3, 2026**

**/s/ Felicio Lana**
**Felicio Lana/Manager**
Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

AAA G Siding
21 Laurel Lane
Auburn, MA 01501

Kelton Electric
62 Oak Hill Road
Worcester, MA 01609

Northeast Kt & Bathroom
516 Boston Turnpike, 2A
Shrewsbury, MA 01545

PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416