# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 26-41340-EDK |
| WORCESTER RE INVESTMENTS LLC, | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

Federal Rule of Bankruptcy Procedure 1007(d) required the Debtor to file the List of 20 Largest Unsecured Creditors with the Petition. The Debtor having failed to do so, and in light of the provisions of Federal Rule of Bankruptcy Procedure 9006(b)(2), the Debtor is ORDERED to file the List of 20 Largest Unsecured Creditors (Official Form 204) by November 4, 2026, failing which the case may be dismissed without further notice or hearing.

DATED: November 3, 2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge