# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>WORCESTER RE INVESTMENTS LLC,<br><br>Debtor | Chapter 11<br>Case No. 26-41340-EDK |

**ORDER**

A status conference in this case is set for December 10, 2026 at 10:30 a.m. in the Federal Building and Courthouse, Courtroom 3, 595 Main Street, Worcester, MA.

The Debtor is ORDERED to provide notice of the status conference to the United States Trustee, all secured creditors, the 20 largest unsecured creditors, taxing authorities, and any party having filed a notice of appearance and request for notice, and to file a certificate of service reflecting same, by November 9, 2026.

DATED: November 5, 2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge